In the Matter of MICHAEL GONZALEZ, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [817 NYS2d 573]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered June 9, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.

 In the Matter of CHRISTOPHER SHAPARD, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, et al., Respondents. [817 NYS2d 573]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Christopher J. Burns, J.), entered September 20, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.